✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Oklahoma Firefighters Pension and Retirement System,

Plaintiff,

V.

Capella Education Company, J. Kevin Gilligan, Lois M. Martin, and Amy L. Ronneberg,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 10-4474 (SRN/SER)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' motion to dismiss Doc. No. [45] is **GRANTED**;
2. This action is **DISMISSED WITH PREJUDICE**.

June 1, 2012
Date

RICHARD D. SLETTEN, CLERK

s/ M. Price
(By) M. Price Deputy Clerk